IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| LARRY MEDLIN, | ) | CASE NO.: 12-CV-0726-MJR |
| Plaintiff, | ) | |
| vs. | ) | |
| BOB EVANS FARMS, INC., | ) | |
| Defendant. | ) | |

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE AND ORDER FOR JUDGMENT OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective attorneys, that the above-entitled action may be and hereby is dismissed, without prejudice, and without costs to any party; and the Clerk of the above-named Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action.

Respectfully submitted,

DONNA LAW FIRM, P.C.

*/s/ Julius W. Gernes*

Julius W. Gernes, (#189704)
7601 France Avenue South
Suite 350
Minneapolis, MN 55435
Telephone: 952.562.2460
Fax: 952.562.2461
ATTORNEYS FOR DEFENDANT

MAAG LAW FIRM, LLC

*/s/ Peter Maag*

Peter J. Maag, (# 6286205)
22 West Lorena
Wood River, IL 62095
Telephone: 618.216.5291
Fax: 618.551.0421
ATTORNEYS FOR PLAINTIFF